No. 228. GULF OIL CORP. *v.* LIEBERMAN. C. A. 2d Cir. Certiorari denied. *Leo T. Kissam* for petitioner. *Bernard Tompkins* for respondent.

No. 233. CITY BANK FARMERS TRUST CO., TRUSTEE, ET AL. *v.* BERNARR MACFADDEN FOUNDATION, INC., ET AL. Court of Appeals of New York. Certiorari denied. *Maurice V. Seligson* for petitioners. *Simon H. Rifkind* for respondents.

No. 234. GINSBURG *v.* STERN ET AL. C. A. 3d Cir. Certiorari denied. *Paul Ginsburg,* petitioner, *pro se. Elder W. Marshall* for respondents.

No. 240. AMERICAN CIVIL LIBERTIES UNION OF SOUTHERN CALIFORNIA ET AL. *v.* BOARD OF EDUCATION OF THE CITY OF LOS ANGELES. Supreme Court of California. Certiorari denied. *A. L. Wirin* and *Fred Okrand* for petitioners. *Harold W. Kennedy* for respondent. *Sidney Machtinger* for the American Jewish Congress, as *amicus curiae,* in support of the petition.

No. 241. ROSS *v.* GREAT NORTHERN RAILWAY CO. C. A. 9th Cir. Certiorari denied. *Leonard F. Jansen* and *Harvey Erickson* for petitioner. *Anthony Kane* for respondent.

No. 257. SPENCE *v.* BALOGH & CO., INC. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Cornelius H. Doherty* for petitioner.